Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 20−42404−mar
Chapter: 7
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Brian Caldwell
   28880 Streamwood Lane
   Southfield, MI 48034

Social Security No.:
   xxx−xx−1674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*112* − Motion For Contempt Against Debtor Filed by Creditors Kenneth Stone, Jr., Your Helping Solutions, LLC (Sattler, Jeffery)

will be held on: 7/18/22 at 10:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1−(888)363−4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate

Dated: 6/28/22

                                              BY THE COURT

                                              Todd M. Stickle, Clerk of Court
                                              U.S. Bankruptcy Court